■ In the Matter of JAZMONE S., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 1.) In the Matter of ASHLEY J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 2.) In the Matter of ZALIKA J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 3.) In the Matter of ETHAN J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILIP J., Appellant. (Proceeding No. 4.) [851 NYS2d 369]—In four related child protective proceedings pursuant to Family Court Act article 10, the father appeals from a fact-finding order of the Family Court, Queens County (Richroath, J.), dated November 6, 2006, which, after a hearing, found that he neglected the subject children and violated the terms of a temporary order of protection of the same court.

Ordered that the fact-finding order is affirmed, without costs or disbursements.

The evidence presented at the fact-finding hearing established, by a preponderance of the evidence, that the father, Philip J., neglected the subject children (*see* Family Ct Act § 1012 [f] [i]; § 1046 [b] [i]; *Matter of Wisdom M.,* 32 AD3d 396 [2006]; *Matter of Sheneika V.,* 20 AD3d 541 [2005]), and violated the terms of a temporary order of protection (*see* Family Ct Act § 1072; *Matter of Christine G.,* 36 AD3d 615 [2007]).

The father's remaining contentions are without merit. Mastro, J.P., Florio, Miller and Dickerson, JJ., concur.